Richard A. De Liberty (Bar No. 203754)
Kohut & Kohut LLP
3554 Round Barn Boulevard, Suite 204
Santa Rosa, California 95403
tel.: (707) 573-3100
fax: (707) 573-3101
e-mail: richard@kohutlaw.com

Attorneys for Defendant
NEW CINGULAR WIRELESS SERVICES, INC.[1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CHERRY LEVIN, | No. 07-CV-6508-JSW |
|---|---|
| Plaintiff, | Hearing: February 29, 2008, 9:00 a.m |
| v. | **DECLARATION OF KAREN BRYANT IN SUPPORT OF MOTION BY DEFENDANT CINGULAR TO DISMISS FOR FAILURE TO STATE A CLAIM OR. ALTERNATIVELY, FOR A STAY PENDING ARBITRATION DEFENDANT CINGULAR FOR FAILURE TO STATE A CLAIM** |
| GC SERVICES, LP, et al., | |
| Defendants. | |

Karen Bryant declares:

1. I am a Paralegal in the Legal Department of New Cingular Wireless Services, Inc. ("Cingular").

2. I am familiar with Cingular's regular practices in maintaining customer contracts and other account records, and have investigated Cingular's records relating to Plaintiff, Cherry Levin.

3. Exhibit A is a true and correct copy of the agreement for wireless services with Cingular's predecessor, AT&T Wireless Services, Inc., signed by Ms. Levin on June 7, 2002 ("Agreement").

---

[1] The Complaint mistakenly names New Cingular Wireless Services, Inc., as "Cingular Wireless Corp."

4. Exhibit B is a true and correct copy of a brochure containing the Terms and Conditions referenced in the Agreement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: January 22, 2008

_____
Karen Bryant

– 2 –
BRYANT DECLARATION SUPP. MOTION TO TO DISMISS—NO. 07-CV-6508-JSW

4. Exhibit B is a true and correct copy of a brochure containing the Terms and Conditions referenced in the Agreement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: January 22, 2008

*(signature)*
Karen Bryant