
# AT&T Wireless

# Personal Service Information

## ACCOUNT INFORMATION

☒ New Account ☐ Add to Account ☐ Account Resp. Change ☐ Refer to Account ☐ ESN Change

Account # : 2 0 0 1 3 5 0 5 7 4

Wireless Phone Number: 4 1 5 - 4 9 7 - 1 5 5 2

## PERSONAL ACCOUNT INFORMATION

Bill to: ☐ Home ☐ Business

Customer Name (Subscriber): Cherry P. Lewin

Home Address: 23 Rosewood Ct

City: San Rafael  State: CA  Zip: 94901

Home Phone: 415-459-4572

Company Name: Carefree Brick

Business Address: 51 Mandecy

*Please Complete If Bill To Address Is Different From Home Address*

City: San Rafael  State: CA  Zip: 94901

THIS IS A TWO-YEAR AGREEMENT FOR WIRELESS SERVICES WITH AT&T WIRELESS ("AGREEMENT"). BY SIGNING BELOW, YOU AGREE TO BE BOUND TO THIS TWO-YEAR AGREEMENT EVEN IF ANOTHER TERM IS REFERENCED IN OTHER MATERIALS YOU HAVE RECEIVED. If you cancel your service before the end of the two-year term, you will be charged the early termination fee that is contained in your AT&T Wireless Calling Plan or Rate Plan ("Rate Plan") brochure or promotional materials. This Agreement hereby incorporates by reference the Terms and Conditions and other information set forth in the AT&T Wireless Welcome Guide, the Rate Plan brochure and/or feature or promotional materials (collectively, "Sales Information") that you were provided. By signing below, you acknowledge that you have received and reviewed the Terms and Conditions and Sales Information and that you agree to be bound by such Terms and Conditions and the Sales Information for the term of your Agreement. You will only be eligible to retain the promotional benefits that were provided in connection with the two-year term if you complete and return this Agreement.

By signing below, you confirm the truth and completeness of the above information and authorize any trade references or consumer reporting/credit agencies to furnish AT&T Wireless with your employment or credit information.

X Signature: *[signature]*

Date (mo./day/yr): 01/10/02

## SERVICE INFORMATION

☐☐☐☐☐☐   ☐☐☐☐☐☐
Welcome Guide Version   Date (mo./day/yr)

Lcr-Subscriber Agreement/MN/V1 07/01
Change Code: New
NAT01-031

7 97553 35693 6

White-CBA   Yellow-Customer   Pink-Store

6015385