Richard A. De Liberty (Bar No. 203754)
Kohut & Kohut LLP
3554 Round Barn Boulevard, Suite 204
Santa Rosa, California 95403
tel.: (707) 573-3100
fax: (707) 573-3101
e-mail: richard@kohutlaw.com

Attorneys for Defendant
NEW CINGULAR WIRELESS SERVICES, INC.[1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHERRY LEVIN,<br><br>              Plaintiff,<br><br>v.<br><br>GC SERVICES, LP, et al.,<br><br>              Defendants. | No. 07-CV-6508-JSW<br><br>Hearing: March 28, 2008, 9:00 a.m<br><br>**REVISED NOTICE OF MOTION ON MOTION BY DEFENDANT CINGULAR TO DISMISS FOR FAILURE TO STATE A CLAIM OR, ALTERNATIVELY, FOR A STAY PENDING ARBITRATION** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Motion by Defendant Cingular to Dismiss for Failure to State a Claim or, Alternatively, for a Stay Pending Arbitration will be brought on for hearing on **Friday, March 28, 2008,** at 9:00 a.m., in Courtroom 2, United States Courthouse, 450 Golden Gate Avenue, 17th Floor, San Francisco, California 94102—and *not* February 29, as was originally noticed.

DATED: January 24, 2008

                              KOHUT & KOHUT LLP


                              /s/ Richard A. De Liberty
                              Richard A. De Liberty
                              Attorneys for Defendant
                              New Cingular Wireless Services, Inc.

---

[1] The Complaint mistakenly names New Cingular Wireless Services, Inc., as "Cingular Wireless Corp."