1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHERRY LEVIN,

       Plaintiff,

  v.

GC SERVICES, L.P., et al.,

       Defendants.

_____/

No. C 07-06508 JSW

**ORDER SETTING BRIEFING
SCHEDULE**

     This matter is set for a hearing on March 28, 2008 on the motion to dismiss filed by defendant New Cingular Wireless Services, Inc. ("Cingular").  The Court HEREBY ORDERS that plaintiff Cherry Levin shall file and serve her opposition to this motion by no later than **Tuesday, February 12, 2008** and Cingular shall file and serve its reply, if any, by no later than **Tuesday, February 19, 2008**.

     If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

     **IT IS SO ORDERED.**

Dated:  January 25, 2008

                 _____
                 JEFFREY S. WHITE
                 UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHERRY LEVIN,

          Plaintiff,

  v.

GC SERVICES et al,

          Defendant.
_____/

Case Number: CV07-06508 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cherry Levin
23 Rosewood Court
San Rafael, CA 94901

Richard A. De Liberty
Kohut & Kohut LLP
3554 Round Barn Blvd., Ste. 204
Santa Rosa, CA 95403

Dated: January 25, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

United States District Court
For the Northern District of California

2