UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERRY LEVIN )( )( )( | |
| VS. )( )( | CASE NUMBER: CV 07 6508 JSW |
| GC SERVICES, LP, ET AL )( | |

## RETURN

**Came to hand**: _____JANUARY 16_____, 2008 at _____9:00 A.M._____

☒ SUMMONS
☒ COMPLAINT

**Executed on**: _____January 17_____, 2008 at _____11:05 AM_____

**Executed at** _____6330 Gulfton Houston TX 77081_____
County of _____Harris_____ by delivering to **GC SERVICES, LP, by delivering to**
_____Authorized to accept  Joe Vannest_____ a true copy of this citation together with the accompanying pleading, having first attached such copy of such citation to such copy of pleading.

**Not Executed**:_____

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit.

Authorized Person: _____Andrew C Manger II_____
LONE STAR ATTORNEY SERVICE, INC.    SCH #: _____822_____
6065 HILLCROFT, SUITE 609, HOUSTON, TX 77081

## VERIFICATION

THE STATE OF TEXAS)(

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the 24 day of _____Jan._____, 2008.

VIVIAN VASQUEZ
Notary Public, State of Texas
My Commission Expires
December 05, 2010

Notary Public