```
1  SAMUEL TONG ESQ Cal. Bar #236143
2  20 GREAT OAKS BLVD STE 240
3  SAN JOSE CA 95119
4  408-284-4322
5  Attorney(s) for Professional Recovery Systems, Inc
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| Cherry Levin, an individual | ) No. CV 07 6508 |
|---|---|
| Plaintiff(s) | ) Answer of Professional |
| vs. | ) Recovery Systems, Inc |
| GC Services LP, Cingular Wireless Corp., Professional Recovery Systems, Inc and Does 1-20, inclusive | ) |
| Defendant(s) | ) |

The Defendant, Professional Recovery Systems, Inc denies each statement made in the introduction and cause of action by the Plaintiff, specifically:

11. Professional Recovery Systems, Inc never credit reported the alleged account to any credit bureau.

14. Professional Recovery Systems, Inc never credit reported the alleged account to any credit bureau.

16. Professional Recovery Systems, Inc never credit reported the alleged account to any credit bureau.

17. Professional Recovery Systems, Inc never credit reported the alleged account to any credit bureau.

WHEREFORE, the Defendant, Professional Recovery Systems, Inc prays for judgment as follows:

**FIRST CAUSE OF ACTION:**

1. No Compensatory damages.

2. No damages due to credit denial.

3. Each party pay for their own cost of suit.

4. No damages for emotional stress.

5. No other relief by this court.

**SECOND CAUSE OF ACTION:**

1. No Compensatory damages.

2. No punitive damages.

3. No costs for this suit.

4. N/A

5. No other relief by this court.

Respectfully Submitted,

February 11, 2008

*/s/ Samuel Tong/*

Samuel Tong, Esq

**VERIFICATION**

I verify under penalty of perjury, that I am the CEO of the defendant in the above-entitled action. I have read the complaint and have knowledge fo the facts stated therein. I verify that the matters and things stated within the lawsuit are true and correct, except as to those matters stated to be on information and belief, and as to those matters I verify as aforesaid that I verily believe them to be true. Sworn under the penalties of perjury, 28 U.S.C $ 1746.

*/s/ Wm. Gary Call/*

Wm. Gary Call, CEO

<u>PROOF OF SERVICE</u>

THE UNDERSIGNED HEREBY DECLARES:

   I AM EMPLOYED AT 20 GREAT OAKS BLVD STE 240, SAN JOSE CA 95119. I AM OVER THE AGE OF 18 YEARS AND NOT PARTY TO THE ACTION WITHIN. THIS DAY I SERVED THE ATTACHED:

   ANSWER IF PROFESSIONAL RECOVERY SYSTEMS, INC

BY PLACING A TRUE COPY IN A SEALED ENVELOPE AND DEPOSITING IT IN THE UNITED STATES MAIL, CERTIFIED MAIL NUMBER: 7007 2680 0003 0496 8163 AT SAN JOSE CALIFORNIA AND ADDRESSED AS FOLLOWS:

CHERRY LEVIN

23 ROSEWOOD CT

SAN RAFAEL, CA 94901

   I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED THIS 11TH DAY OF FEBRUARY 2008 IN SAN JOSE CALIFORNIA.

                                   BRENDA ANDRINGA



PROOF OF SERVICE

THE UNDERSIGNED HEREBY DECLARES:

   I AM EMPLOYED AT 20 GREAT OAKS BLVD STE 240, SAN JOSE CA 95119. I AM OVER THE AGE OF 18 YEARS AND NOT PARTY TO THE ACTION WITHIN. THIS DAY I SERVED THE ATTACHED:

   ANSWER IF PROFESSIONAL RECOVERY SYSTEMS, INC

BY PLACING A TRUE COPY IN A SEALED ENVELOPE AND DEPOSITING IT IN THE UNITED STATES MAIL, WITH POSTAGE PREPAID AT SAN JOSE CALIFORNIA AND ADDRESSED AS FOLLOWS:

| | |
|---|---|
| GC SERVICES | CINGULAR WIRELESS CORPORATION |
| 6330 GULFTON | 5565 GLENRIDGE CONNECTOR |
| HOUSTON, TX 77081 | ATLANTA, GA 30349 |

   I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED THIS 11TH DAY OF FEBRUARY 2008 IN SAN JOSE CALIFORNIA.

_____

BRENDA ANDRINGA

