# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Cherry Levin

V.

Cingular Wireless Corp., GC Services,
Professional Recovery Systems, Inc.
and DOES 1-10

SUMMONS IN A CIVIL CASE

CASE NUMBER:


CV 07 6508

FILED
08 FEB 15 PM 1:02


JSW

TO: (Name and address of defendant)

Cingular Wireless Corporation
5565 Glenridge Connector
Atlanta, GA 30349

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cherry Levin
23 Rosewood Court
San Rafael, CA 94901

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MARY ANN BUCKLEY
(BY) DEPUTY CLERK

DATE DEC 3 1 2007

AO 440 (Rev.1/90) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | Date 1/9/2008 |
|---|---|
| Name of Server (Print) Bernard Woods | Title PRIVATE PROCESS SERVER |

Check on box below to indicate appropriate method of service

☐ Name: _____
Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's: _____ dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other specify: Corporate Served Cingular Wireless Corporation @5565 Glenridge Connector, Atlanta, GA 30349 by serving Anisha Mondelis an Authorized Receiver

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on: 1/9/2008

Signature of Server: *Bernard Woods*
Professional Process Service of Georgia, Inc.
4002 Highway 78, Suite 530, #324
Snellville, GA 30039

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure