

1  DAVID J. KAMINSKI, ESQ., (SBN #128509)
   STEPHEN A. WATKINS, ESQ., (SBN #205175)
2  CARLSON & MESSER LLIMITED PARTNERSHIP
   5959 W. Century Boulevard, Suite 1214
3  Los Angeles, California 90045
   (310) 242-2200 Telephone
4  (310) 242-2222 Facsimile

5  Attorneys for Defendant,
   GC SERVICES LIMITED PARTNERSHIP
6  (erroneously sued and served as GC SERVICES, LP)

7

8                    UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10

11  CHERRY LEVIN, an individual,          )   CASE NO. C07 6508 JSW
                                          )
12                                        )   [Complaint Filed:   12/31/07]
                   Plaintiff,             )
13                                        )   **NOTICE OF SETTLEMENT**
        vs.                               )
14                                        )
   GC SERVICES, LP; CINGULAR              )
15  WIRELESS CORP.; PROFESSIONAL          )
   RECOVERY SYSTEMS, INC.; and            )
16  DOES 1-20, inclusive,                 )
                                          )
17                                        )
                   Defendants.            )
18  _____  )

19

20       TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR

21  RESPECTIVE COUNSEL OF RECORD:

22       **PLEASE TAKE NOTICE** that Defendant GC SERVICES LIMITED PARTNERSHIP

23  (erroneously sued and served as GC SERVICES, LP) and Plaintiff CHERRY LEVIN have settled

24  the above-entitled matter as between these settling parties, only.  The parties anticipate that they

25  will complete the settlement, and that the parties will file a Stipulation Re Dismissal, with

26  prejudice, as to Defendant GC SERVICES LIMITED PARTNERSHIP (erroneously sued and

27  served as GC SERVICES, LP), pursuant to FRCP 41(a)(1), within 45 days from the date of this

28  Notice.

   ///

1    DATED:  February 21, 2008                CARLSON & MESSER LLP

2

3                                            By

4                                               David J. Kaminski, Esq.
                                                Attorneys for Defendant,
5                                               GC SERVICES LIMITED PARTNERSHIP
                                                (erroneously sued and served as GC SERVICES, LP)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

05709.00:141960

                                    2
                        **NOTICE OF SETTLEMENT**                    CASE NO. C07 6508 JSW