```
 1  DAVID J. KAMINSKI, ESQ., (SBN #128509)
    STEPHEN A. WATKINS, ESQ., (SBN #205175)
 2  CARLSON & MESSER LLP
    5959 W. Century Boulevard, Suite 1214
 3  Los Angeles, California 90045
    (310) 242-2200 Telephone
 4  (310) 242-2222 Facsimile

 5  Attorneys for Defendant,
    GC SERVICES LIMITED PARTNERSHIP
 6  (erroneously sued and served as GC SERVICES, LP)

 7
                    UNITED STATES DISTRICT COURT
 8
        FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO
 9
10
11  CHERRY LEVIN, an individual,        )  CASE NO. C07 6508 JSW
                                        )
12                                      )  [Complaint Filed:   12/31/07]
                 Plaintiff,             )
13                                      )
         vs.                            )  STIPULATION RE DISMISSAL WITH
14                                      )  PREJUDICE
    GC SERVICES, LP; CINGULAR           )
15  WIRELESS CORP.; PROFESSIONAL        )  [FILED CONCURRENTLY WITH
    RECOVERY SYSTEMS, INC.; and         )  PROPOSED ORDER]
16  DOES 1-20, inclusive,               )
                                        )
17                                      )
                 Defendants.            )
18  _____)

19      IT IS HEREBY STIPULATED BY AND BETWEEN Defendant, GC SERVICES

20  LIMITED PARTNERSHIP (erroneously sued and served as GC SERVICES, LP), through its

21  counsel of record, David J. Kaminski, Esq., and Plaintiff CHERRY LEVIN ("Plaintiff"), In Pro

22  Per, that the above-entitled lawsuit shall be dismissed as to GC SERVICES LIMITED

23  PARTNERSHIP only, with prejudice.  Each party shall bear its own costs and expenses.

24

25  DATED:  March____, 2008            MS. CHERRY LEVIN

26

27                                     By: s/Cherry Levin
                                           Cherry Levin, In Pro Per
28
```

| | | |
|---|---|---|
| 1 | DATED: March 27, 2008 | CARLSON & MESSER LLP |
| 2 | | By ___s/ David J. Kaminski___ |
| 3 | | David J. Kaminski, Esq.<br>Attorneys for Defendant, |
| 4 | | GC SERVICES LIMITED PARTNERSHIP<br>(erroneously sued and served as GC SERVICES, LP) |

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

05709.00:141961

2

**STIPULATION RE DISMISSAL**     CASE NO. C07 6508 JSW