UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| CHERRY LEVIN, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GC SERVICES, LP; CINGULAR WIRELESS CORP.; PROFESSIONAL RECOVERY SYSTEMS, INC.; and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | CASE NO. C07 6508 JSW<br><br>[Complaint Filed:   12/31/07]<br><br>**ORDER RE: STIPULATION TO DISMISS DEFENDANT GC SERVICES LIMITED PARTNERSHIP ONLY WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

The Court has reviewed the Stipulation of all parties to dismiss with prejudice the Complaint of Plaintiff CHERRY LEVIN as to Defendant GC Services *only*. Pursuant to the Stipulation between the parties, the Court orders as follows:

　　　1.　　That the action filed by Plaintiff CHERRY LEVIN as to Defendant GC SERVICES LIMITED PARTNERSHIP (erroneously sued and served as GC SERVICES, LP) *only*, is hereby dismissed, with prejudice pursuant to FRCP 41(a)(1). No party shall recover costs after dismissal.

**IT IS SO ORDERED:**

DATED: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE,
　　　　　　　　　　　　　　　　　　　　　NORTHERN DISTRICT