1  Richard A. De Liberty (Bar No. 203754)
   Kohut & Kohut LLP
2  3554 Round Barn Boulevard, Suite 204
   Santa Rosa, California 95403
3  tel.: (707) 573-3100
   fax: (707) 573-3101
4  e-mail: richard@kohutlaw.com

5  Attorneys for Defendant
   NEW CINGULAR WIRELESS SERVICES, INC.[1]
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | CHERRY LEVIN,              | No. 07-CV-6508-JSW
12 |           Plaintiff,       | Hearing: March 28, 2008, 9:00 a.m
13 | v.                         | **NOTICE REGARDING HEARING ON MOTION BY DEFENDANT
14 | GC SERVICES, LP, et al.,   | CINGULAR TO DISMISS FOR FAILURE TO STATE A CLAIM OR,
15 |           Defendants.      | ALTERNATIVELY, FOR A STAY PENDING ARBITRATION**
16

17         Richard A. De Liberty declares:

18         1.    I am of counsel to Kohut & Kohut LLP, attorneys for Defendant New Cingular Wireless

19 Services, Inc. ("Cingular").

20         2.    I am making this declaration to seek to postpone the hearing on Cingular's motion to

21 dismiss, currently set for hearing tomorrow, March 28, 2008. I am doing this at the request of Plaintiff,

22 Cherry Levin. The reasons for this request and for making it this way are explained below.

23         3.    I spoke to Ms. Levin by telephone early yesterday, March 26. She stated to me that she

24 would be unable to attend the hearing on Cingular's motion on March 28 because she was travelling to

25 Louisiana. She would also be in Louisiana on April 4, the date of the case management conference. I

26 _____

27 [1] The Complaint mistakenly names New Cingular Wireless Services, Inc., as "Cingular Wireless Corp."

28

NOTICE REGARDING HEARING ON MOTION TO DISMISS—NO. 07-CV-6508-JSW

agreed to stipulate that the hearing and conference both be moved to May 23 or another available date. Because of the nearness of the hearing on Cingular's motion, I suggested that I file the stipulation, even though Ms. Levin was requesting the change, because I could file using ECF, which might speed up the whole process. (Ms. Levin is appearing pro se, and not registered for ECF.) I stated, however, that Ms. Levin would need to contact the attorney for Defendant Professional Recovery Systems, Inc., Samuel Tong, to see if he would agree to change the case management conference and, if so, what dates he was available. She agreed to do so.

4. At 5:42 p.m yesterday, Ms. Levin called me, and asked if the hearing date had been changed. I stated that it had not, because I had not heard back from her about Mr. Tong's agreement to the stipulation or availability. She stated that she had contacted his office, but not heard back from him. I stated that without Mr. Tong we could only stipulate to change the hearing on Cingular's motion. I offered to prepare such a stipulation this morning, but Ms. Levin stated that her flight to Louisiana was leaving at six o'clock this morning. As a result, she would not be available to review or sign a stipulation. I agreed to notify the Court that Ms. Levin would not be able to appear on March 28, that she had requested to move the hearing to May 23, and that Cingular had no objection to that request.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: March 27, 2008

          KOHUT & KOHUT LLP

          /s/ Richard A. De Liberty
          Richard A. De Liberty
          Attorneys for Defendant
          New Cingular Wireless Services, Inc.

The Court HEREBY CONTINUES the hearing on the pending motion to dismiss and the case management conference to May 23, 2008. The case management conference will be held at 9:00 a.m. following the hearing on the motion to dismiss.

Dated: March 27, 2008

*IT IS SO ORDERED*
*/s/ Jeffrey S. White*
Judge Jeffrey S. White