UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHERRY LEVIN,

        Plaintiff,

  v.

GC SERVICES et al,

        Defendant.

Case Number: CV07-06508 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 27, 2008, I SERVED a true and correct copy(ies) of the Order Continuing Hearing on Motion to Dismiss and Case Management Conference, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cherry Levin
23 Rosewood Court
San Rafael, CA 94901

Samuel Tong
Law Ofc Samuel Tong
20 Great Oaks Blvd
Suite 240
San Jose, CA 95119

Dated: March 27, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHERRY LEVIN,

        Plaintiff,

  v.

GC SERVICES et al,

        Defendant.

Case Number: CV07-06508 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 27, 2008, I SERVED a true and correct copy(ies) of the Order Continuing Hearing on Motion to Dismiss and Case Management Conference, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cherry Levin
23 Rosewood Court
San Rafael, CA 94901

Samuel Tong
Law Ofc Samuel Tong
20 Great Oaks Blvd
Suite 240
San Jose, CA 95119

Dated: March 27, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERRY LEVIN,<br><br>        Plaintiff,<br><br>  v.<br><br>GC SERVICES et al,<br><br>        Defendant. | Case Number: CV07-06508 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 27, 2008, I SERVED a true and correct copy(ies) of the Order Continuing Hearing on Motion to Dismiss and Case Management Conference, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cherry Levin
23 Rosewood Court
San Rafael, CA 94901

Samuel Tong
Law Ofc Samuel Tong
20 Great Oaks Blvd
Suite 240
San Jose, CA 95119

Dated: March 27, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk