**FILED**
MAR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| CHERRY LEVIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GC SERVICES, LP; CINGULAR WIRELESS CORP.; PROFESSIONAL RECOVERY SYSTEMS, INC.; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. C07 6508 JSW<br><br>[Complaint Filed: 12/31/07]<br><br>**ORDER RE: STIPULATION TO DISMISS DEFENDANT GC SERVICES LIMITED PARTNERSHIP ONLY WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

The Court has reviewed the Stipulation of all parties to dismiss with prejudice the Complaint of Plaintiff CHERRY LEVIN as to Defendant GC Services *only*. Pursuant to the Stipulation between the parties, the Court orders as follows:

1. That the action filed by Plaintiff CHERRY LEVIN as to Defendant GC SERVICES LIMITED PARTNERSHIP (erroneously sued and served as GC SERVICES, LP) *only*, is hereby dismissed, with prejudice pursuant to FRCP 41(a)(1). No party shall recover costs after dismissal.

**IT IS SO ORDERED:**

DATED: March 28, 2008

*/s/ Jeffrey S. White*
UNITED STATES DISTRICT COURT JUDGE,
NORTHERN DISTRICT

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHERRY LEVIN,

        Plaintiff,

v.

GC SERVICES et al,

        Defendant.
_____/

Case Number: CV07-06508 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cherry Levin
23 Rosewood Court
San Rafael, CA 94901

Dated: March 28, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk