# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: May 23, 2008                **Court Reporter:**  Lydia Zinn


**CASE NO.:**  C-07-6508  JSW

**TITLE:**  Cherry Levin v. GC Services, et al.,


**COUNSEL FOR PLAINTIFF:**            **COUNSEL FOR DEFENDANT:**

Pro Se                                Richard De Liberty

**PROCEEDINGS:**    1) Motion to Dismiss or in the Alternative, To Stay filed by Defendant Wireless

2) Initial CMC


**RESULTS:**    The Court heard argument from the parties.
The motion is taken under submission.
A written ruling shall issue.

Initial CMC not held.  A new hearing date will be scheduled within the Court's order, if needed.