IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERRY LEVIN,<br><br>    Plaintiff,<br><br>  v.<br><br>GC SERVICES, LP, et al.<br><br>    Defendants.<br>_____ / | No. C 07-06508 JSW<br><br><br><br><br>**ORDER TO SHOW CAUSE** |

      This matter came before the Court for a case management conference on Friday, February 20, 2009. By clerk's notice, this Court issued an Order setting the date for the case management conference and requiring the parties to file a case management statement by no later than February 13, 2009. Both Plaintiff Cherry Levin ("Plaintiff") and Defendant Professional Recovery Systems, Inc. ("Professional Recovery Systems") failed to submit a case management statement and failed to appear for the case management conference. Furthermore, counsel for Professional Recovery Systems, Samuel Tong, has failed to register as an e-filer.

      Accordingly, counsel for Professional Recovery Systems is HEREBY ORDERED TO SHOW CAUSE in writing no later than March 2, 2009 as to why he should not be sanctioned in the amount of $500. Failure to respond to this Order by **March 2, 2009** shall result in an order from this Court requiring Mr. Tong personally to pay $500 to the Clerk of the Court for failure to abide by this Court's rules.

1  Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than March 2,
2  2009, as to why this case should not be dismissed for failure to prosecute. Failure to respond to
3  this Order by **March 2, 2009** shall result in dismissal of this matter without prejudice.
4  **IT IS SO ORDERED.**
5  Dated: February 24, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERRY LEVIN,<br><br>    Plaintiff,<br><br>  v.<br><br>GC SERVICES et al,<br><br>    Defendant. | Case Number: CV07-06508 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 24, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cherry Levin
23 Rosewood Court
San Rafael, CA 94901

Samuel Tong
Law Ofc Samuel Tong
20 Great Oaks Blvd
Suite 240
San Jose, CA 95119

Dated: February 24, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk