IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERRY LEVIN, | |
|     Plaintiff, | No. C 07-06508 JSW |
|   v. | |
| GC SERVICES, LP, et al. | **ORDER TO SHOW CAUSE** |
|     Defendants. | |

This matter came before the Court for a case management conference on Friday, April 10, 2009. On March 9, 2009, this Court issued an Order setting the date for the case management conference and requiring the parties to file a case management statement by no later than April 3, 2009. Plaintiff Cherry Levin ("Plaintiff") failed to submit a case management statement and failed to appear for the case management conference.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than April 24, 2009, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order by **April 24, 2009** shall result in dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

Dated: April 13, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHERRY LEVIN,

        Plaintiff,

  v.

GC SERVICES et al,

        Defendant.

Case Number: CV07-06508 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cherry Levin
23 Rosewood Court
San Rafael, CA 94901

Dated: April 13, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk