```
1  Cherry Levin
   23 Rosewood Court
2  San Rafael, CA  94901
   (415) 459-4572
3  Pro Se
```

4                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
5

6  CHERRY LEVIN,                    )   Case Number: C07-06508 JSW
                                    )
7              Plaintiff,           )
                                    )   **NOTICE OF AND STIPULATION TO**
8        vs.                        )   **VOLUNTARY DISMISSAL**
                                    )
9  GC SERVICES, L.P., et al.,       )
                                    )
10             Defendants.          )
                                    )

11

12       TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR

13  RESPECTIVE COUNSEL OF RECORD:

14       PLEASE TAKE NOTICE that Plaintiff Cherry Levin and Defendant Professional

15  Recovery Systems, Inc., pursuant to Federal Rule of Civil Procedure 41(a), stipulate to the

16  voluntary dismissal of the above-captioned matter.  Such dismissal shall be without prejudice,

17  with each side to bear its own costs and fees.

18       IT IS SO STIPULATED.

19

20  DATED: 6/25/2009           _____
                               Samuel Tong
21                             Attorney for Defendant
                               Professional Recovery Stystems, Inc.
22

23

24  DATED: 6/23/07             _____
                               Cherry Levin
25                             Plaintiff Pro Se

26

27

NOTICE OF AND STIPULATION TO VOLUNTARY DISMISSAL, No. C-07-06508 JSW
[Prepared with assistance from VLSP]

Case 3:07-cv-06508-JSW   Document 45   Filed 06/25/09   Page 2 of 2

**PROOF OF SERVICE**

THE UNDERSIGNED HEREBY DECLARES:

I AM EMPLOYED AT 20 GREAT OAKS BLVD STE 240, SAN JOSE CA 95119. I AM OVER THE AGE OF 18 YEARS AND NOT PARTY TO THE ACTION WITHIN. THIS DAY I SERVED THE ATTACHED:

NOTICE OF AND STIPULATION TO VOLUNTARY DISMISSAL

BY PLACING A TRUE COPY IN A SEALED ENVELOPE WITH FIRST CLASS POSTAGE AND ADDRESSED AS FOLLOWS:

CHERRY LEVIN

2337 GALAHAD DR

BATON ROUGE, LA   70816

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED THIS 25TH DAY OF JUNE 2009 IN SAN JOSE CALIFORNIA.

*[signature]*

JAYMIE GAMINO